**Opinion issued December 10, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00642-CR

———————————

## IN RE THE STATE OF TEXAS EX REL. KIM OGG, Relator

---

**Original Proceeding**
**Petition for Writ of Mandamus**
**Petition for Writ of Prohibition**

---

## MEMORANDUM OPINION

Harris County District Attorney Kim Ogg, representing the State of Texas,

filed a petition seeking mandamus and prohibition relief.[1] On October 30, 2020, the

State filed a motion to dismiss this proceeding as moot because the underlying trial

---

[1]     The underlying case is *State of Texas v. Celso Elias Sapon-Rosales*, cause number
2282643, pending in the County Criminal Court at Law No. 8 of Harris County,
Texas, the Honorable Franklin Bynum presiding.

court case was dismissed and refiled as a felony complaint. A certified copy of the dismissal and felony complaint were provided to this Court. No response or opposition to the motion was filed. *See* TEX. R. APP. P. 10.3(a). We have not issued a decision in the case.

Because the trial court cause from which this proceeding arises has been dismissed, we grant the State's motion and dismiss this proceeding as moot. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Hightower, and Countiss.
Do not publish. TEX. R. APP. P. 47.2(b).